UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLIN MAYCOCK, et al.,

    Plaintiffs,

v.

CHRISTOPHER DUGOVICH, et al.,

    Defendants.

C19-562 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' Motion for Summary Judgment, (docket no. 9), is currently noted for consideration on June 14, 2019. However, only two of the three defendants named in this matter have waived service. *See* docket nos. 5 & 7. The docket does not indicate whether the third defendant, Christopher Dugovich, has been served with the Summons and Complaint or has waived service. No responsive pleadings or motions to dismiss have been filed by any defendant. Answers or Rule 12 motions are not due from Defendants American Federation of State, County, and Municipal Employees and Council 2 Washington State Council of County & City Employees until June 14, 2019.

(2) Plaintiffs' motion is premature. Pursuant to Local Rule 16, the Court has already ordered the parties to file a Joint Status Report on or before June 28, 2019. *See* April 29, 2019 Minute Order, docket no. 4. As described in Local Rule 16(b), the Court will enter a written scheduling order after receipt of the parties' Joint Status Report, which will include, among other things, a deadline for filing dispositive motions. Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 16, Plaintiffs' Motion for Summary Judgment, (docket no. 9), is renoted to July 26, 2019.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of May, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk