UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLIN MAYCOCK, et al.,

        Plaintiffs,

   v.

CHRISTOPHER DUGOVICH, et al.,

        Defendants.

C19-562 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court directs Plaintiffs to file a declaration by September 13, 2019, not to exceed two pages, addressing whether Defendants have provided Local 114 "with the information that it requested in its letter of December 21, 2018." Docket no. 26 at 12.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of September, 2019.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1