UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLIN MAYCOCK, et al.,

    Plaintiffs,

v.

CHRISTOPHER DUGOVICH, et al.,

    Defendants.

C19-562 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has received an email from Jael Komac concerning the Court's Order, dated October 1, 2019, docket no. 36. The Clerk is DIRECTED to docket a copy of the email under seal. The Court has not read the email and does not intend to take further action with regard to the email.

(2) Plaintiffs' counsel is DIRECTED to provide a copy of this Minute Order to Jael Komac.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of December, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1